

# United States District Court

## Southern District of Ohio

### 109 Joseph P. Kinneary United States Courthouse

### 85 Marconi Boulevard

### Columbus, Ohio 43215-2823

Chambers of

John D. Holschuh

District Judge

Telephone: 614-719-3310

Fax: 614-719-3510

August 3, 2004

The Honorable Mary M. Lisi
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:     Calendar Year 2003 filing

Dear Judge Lisi:

Thank you for your letter of July 30, 2004 regarding my reporting of Medco Health Solutions. Upon reviewing this matter, I found that I made an error, for which I apologize.

Medco Health Solutions is a spin-off from Merk. I received ████████ Medco on August 25, 2003. Its value was ██████ per share or a total of $961.20. Its value as of June 30, 2004 was ████ per share, so I am confident the ████████ as of December 31, 2003 were valued on the market at less than $15,000, which would be J as I reported.

On my Prudential statements, Medco was treated as a "stock dividend," so I listed it under the "dividend" column with a value of A-$1,000 or less. I realize that this was probably a mistake. I received no cash dividends during 2003 from this stock, so the correct reporting should be "None."

Finally, I also erred in listing the stock as being sold on August 25, 2003. That is actually the date I received it. The confusion arose because of a Prudential statement that listed the Merk acquisition date together with the Medco acquisition date under a column of Bought & Sold.

The Honorable Mary M. Lisi
August 3, 2004
Page Two


       Enclosed is an amended report reflecting the above changes.  Again, thank you for calling this to my attention.  If further information is needed, please let me know.

Respectfully,



JDH:mfj
Enclosure

| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) HOLSCHUH, JOHN D | 2. Court or Organization U.S. District Court, S.D. Ohio | 3. Date of Report 4/20/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge,Sr. Status | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address United States District Court Rm. 109 - 85 Marconi Boulevard Columbus, Ohio 43215 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Board of Visitors | College of Law, University of Cincinnati |
| 2. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | Porter, Wright, Morris & Arthur - Successor to former law firm - KEOUGH Plan - Huntington National Bank, Trustee (no control) |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HOLSCHUH, JOHN D | 4/20/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLSCHUH, JOHN D | 4/20/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Huntington National Bank - Checking | A | Interest | L | T | | | | | |
| 2. Huntington National Bank - Savings | D | Interest | N | T | | | | | |
| 3. PWMA KEOUGH Plan - Huntington Natl. Bank - Money Market II | D | Interest | L | T | | | | | See Section VIII |
| 4. Huntington National Bank - IRA - CD's | A | Interest | K | T | | | | | See Section VIII |
| 5. Huntington National Bank - CD | A | Interest | J | T | | | | | |
| 6. Touchstone Family of Funds | B | Dividend | M | T | | | | | |
| 7. Prudential Securities, Columbus, Ohio Merk Stock | A | Dividend | J | T | | | | | |
| 8. Huntington National Bank - Savings | A | Interest | M | T | | | | | |
| 9. Prudential Securities Barr Laboratories, Inc. Stock | | None | K | T | | | | | |
| 10. Prudential Securities Cardinal Health Stock | A | Dividend | K | T | | | | | |
| 11. Prudential Securities Glimcher Realty Trust | B | Dividend | K | T | | | | | |
| 12. Prudential Securities American Electric Power Stock | A | Dividend | J | T | Partial Sale | 2/4 | K | C | |
| 13. Prudential Securities Medco Health Solutions | A | Dividend | J | T | Sold | 8/25 | J | A | |
| 14. Prudential Securities Nisource, Inc. | A | Dividend | K | T | Bought | 6/4 | K | | |
| 15. Prudential Securities Celsion Corp. | | None | J | T | Bought | 7/2 | J | | |
| 16. Prudential Securities Calpine Corp. | | None | J | T | Bought | 11/17 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

VII. Investments and Trusts

Line 3. Interest includes seventh required distribution
Line 4. Interest includes seventh required distribution

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆            Date April 20, 2004

NOTE: A▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544